## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Ladarius Harris

                    Plaintiff,

v.                                          Case No.: 1:17–cv–04184
                                            Honorable Charles P. Kocoras

Sheriff of Cook County, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 23, 2019:

      MINUTE entry before the Honorable Charles P. Kocoras: Pursuant to Stipulation to Dismiss, filed on 10/22/2019 [139], this cause is hereby dismissed without prejudice and with leave to reinstate on or before 1/21/2020 if settlement is not effectuated. Said dismissal will then become with prejudice without further order of the Court unless the complaint has been reinstated or the time to reinstate has been extended by the Court. All pending motions, if any, are moot. Status hearing set for 10/24/2019 is stricken. Civil case terminated.Mailed notice(vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.